No. 87–6335.   SIVLEY v. TEXAS, 487 U. S. 1201.   Motion for leave to file petition for rehearing denied.

No. 87–7076.   JURAS v. AMAN COLLECTION SERVICE, INC., ET AL., *ante*, p. 875.   Petition for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 88–5199.   GRAVES v. BIDNET, INC., *ante*, p. 868.   Petition for rehearing denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

DECEMBER 2, 1988

No. A–437.   HERNANDEZ ET AL. v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   Application for stay of repatriation, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.   JUSTICE MARSHALL would grant the application.

DECEMBER 5, 1988

No. 88–665.   SUMMERS v. THOMPSON ET AL.   Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question.